IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. REX ARDERY,<br><br>       Plaintiff,<br><br>v.<br><br>1. OWNER-OPERATOR SERVICES, INC., and,<br>2. CERTAIN UNDERWRITERS at LLOYD'S, LONDON,<br><br>       Defendants. | Case No. CIV-12-412-C |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rex Ardery, by and through counsel, hereby submits this Stipulation of Dismissal With Prejudice pursuant to FRCP(a)(1)(ii) which is being signed by all parties hereunder who have appeared in this matter.

| HOLLOWAY DOBSON & BACHMAN | PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P. |
|---|---|
| /s/ Bryan G. Garrett<br>Bryan G. Garrett, OBA No. 17866<br>Gary C. Bachman, OBA No. 400<br>Stephen D. Bachman, OBA #14030<br>One Leadership Square, Suite 900<br>211 North Robinson<br>Oklahoma City, OK 73102<br>Phone: 405/235-8593<br>Fax: 405/235-1707<br>   *Attorneys for Plaintiff, Rex Ardery* | /s/ Stephen L. Olson<br>Stephen L. Olson, OBA No. 6777<br>Shannon E. Bickham, OBA No. 21603<br>P.O. Box 26350<br>Oklahoma City, OK 73126<br>Phone: 405/235-1611<br>Fax: 405/235-2904<br>   *Attorneys for Defendants, Owner-Operator Services, Inc., and Certain Underwriters at Lloyd's, London* |